AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WILLIAM DAVIS, JR.,

Plaintiff,

v.

EUGENE MICHAEL CRUZ and STEPHEN C. HEINTZ,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-289-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE.

November 30, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White